IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FARROLL SCOTT,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3882

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Farroll Scott, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brett Michael Roy Coleman, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.